**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EBLIN ALSIDES ACOSTA GUERRERO,

      Petitioner,

v.                                No. 1:26-cv-01819-MLG-DLM

MARKWAYNE MULLIN, in his capacity
as Secretary of United States Department of
Homeland Security; et al.,

      Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING
PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Eblin Alsides Acosta Guerrero's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). Doc. 1. The Court, having considered the Petition, having held a hearing on August 7, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the August 7, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition and orders immediate release.[1]

---

[1] In habeas corpus proceedings, "a federal court 'possesses power to grant any form of relief necessary to satisfy the requirement of justice.'" *Burton v. Johnson*, 975 F.2d 690, 693 (10th Cir. 1992) (emphasis omitted) (quoting *Levy v. Dillon*, 415 F.2d 1263, 1265 (10th Cir. 1969)). Immediate release is the appropriate remedy in this case. *See Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful executive] detention is, of course, release.").

Acosta Guerrero shall be released within twenty-four hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents in October 2025 along with a copy of this Order.

Acosta Guerrero may not be re-detained without a pre-detention hearing before a neutral immigration judge and only following a showing by clear and convincing evidence that he is a flight risk or poses a danger to the community and that no conditions other than his detention would be sufficient to prevent such harm. Acosta Guerrero shall receive at least seven (7) days' notice before the pre-detention hearing takes place.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA